✎AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

UNITED STATES OF AMERICA

**vs.**

ELLIOTT FREELON

Date of Previous Judgment:  December 5, 2007
(Use Date of Last Amended Judgment if Applicable)

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Case Number:  5:07-cr-027

USM Number:  12074-052

Lisa Peebles, Esq.
Defendant's Attorney

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the **motion** is:

☒ DENIED.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: <u>26</u>                    Amended Offense Level: <u>24</u>
Criminal History Category:                         Criminal History Category:
Previous Guideline Range:                          Amended Guideline Range:

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

## III.  ADDITIONAL COMMENTS

<u>The reduction pursuant to 18 U.S.C. § 3582 was already calculated into defendant's sentence, imposed on November 19 2007.</u>

**IT IS SO ORDERED**.

<u>March 13, 2009</u>
Order Date

_____

_____
Effective Date (if different from order date)

Norman A. Mordue
Chief United States District Court Judge